COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-09-192-CV

ONCOR ELECTRIC DELIVERY COMPANY LLC
 
APPELLANT

F/K/A TXU ELECTRIC DELIVERY COMPANY

V.

OAK HILL MX PARK, LTD. A/K/A OAK HILL
 APPELLEE

MOTORCROSS PARK, LTD
. 

----------

FROM COUNTY COURT AT LAW
 OF WISE COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellant’s “Motion To Dismiss Appeal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 
Tex. R. App. P.
 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL:  WALKER, MCCOY, and MEIER, JJ.  

DELIVERED:  August 25, 2009  

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.